# United States Court of Appeals
## For the First Circuit

No. 15-1550

UNITED STATES OF AMERICA,

Appellee,

v.

EFRÉN IRIZARRY-COLÓN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 8, 2017, is amended as follows:

On page 13, line 18, the words "<u>United</u> States" are replaced with "<u>United States</u>."